HEATHER E. WILLIAMS, #122664
Federal Defender
TIMOTHY ZINDEL, #158377
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95814
Tel: 916-498-5700/Fax 916-498-5710
timothy_zindel@fd.org

Attorney for Defendant
HECTOR MENDOZA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> HECTOR MENDOZA, <br><br> Defendant. | Case No. 2:15-CR-0017 JAM <br><br> **STIPULATION AND ORDER CONTINUING STATUS CONFERENCE AND EXCLUDING TIME** <br><br> Date: February 17, 2014 <br> Time: 9:30 a.m. <br> Judge: Hon. John A. Mendez |

It is hereby stipulated and agreed between plaintiff, United States of America, and defendant, Hector Mendoza, that the status conference scheduled for February 17, 2015, may be continued to March 24, 2015, at 9:15 a.m.

The government provided discovery to defense counsel today. Time is needed to review discovery, obtain records, and to perform other tasks necessary to evaluate the case. The parties therefore agree that the status conference should be continued and ask the Court to order time excluded under the Speedy Trial Act through March 24, 2015, in order to afford necessary time

-1-

for effective preparation.  The parties agree that the interests of justice to be served by a continuance outweigh the best interests of Mr. Mendoza and the public in a speedy trial, and ask the Court to order time excluded pursuant to 18 U.S.C. § 3161(h)(7)(A) and (b)(iv).

Respectfully Submitted,

HEATHER E. WILLIAMS
Federal Defender

Dated:   February 12, 2015      /s/ T. Zindel_____
                                TIMOTHY ZINDEL
                                Assistant Federal Defender
                                Attorney for HECTOR MENDOZA

                                BENJAMIN WAGNER
                                United States Attorney

Dated:   February 12, 2015      /s/  T. Zindel for J. Thomas \_
                                JILL THOMAS
                                Assistant U.S. Attorney

# O R D E R

The status conference is continued to March 24, 2015, at 9:15 a.m.  The court finds that the ends of justice served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial for the reasons stated above.  Time is therefore excluded from the date of this order through March 24, 2015, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

IT IS SO ORDERED.

Dated:   February 13, 2015      /s/ John A. Mendez_____
                                HON. JOHN A. MENDEZ
                                United States District Court Judge