HEATHER E. WILLIAMS, #122664
Federal Defender
TIMOTHY ZINDEL, #158377
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA  95814
Tel: 916-498-5700/Fax 916-498-5710
timothy_zindel@fd.org

Attorney for Defendant
HECTOR MENDOZA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>HECTOR MENDOZA,<br><br>    Defendant. | Case No. 2:15-CR-0017 JAM<br><br>**STIPULATION AND ORDER CONTINUING STATUS CONFERENCE AND EXCLUDING TIME**<br><br>Date:   March 24, 2015<br>Time:   9:15 a.m.<br>Judge:  Hon. John A. Mendez |

It is hereby stipulated and agreed between plaintiff, United States of America, and defendant, Hector Mendoza, that the status conference scheduled for March 24, 2015, may be continued to April 14, 2015, at 9:15 a.m.

The government has provided discovery to defense counsel and the parties have begun to evaluate the case. Additional time is needed to determine whether and how the case may be resolved before a trial date is scheduled. The parties therefore agree that the status conference should be continued and ask the Court to order time excluded under the Speedy Trial

Act through April 14, 2015, in order to afford necessary time for effective preparation.  The parties agree that the interests of justice to be served by a continuance outweigh the best interests of Mr. Mendoza and the public in a speedy trial, and ask the Court to order time excluded pursuant to 18 U.S.C. § 3161(h)(7)(A) and (b)(iv).

                                        Respectfully Submitted,

                                        HEATHER E. WILLIAMS
                                        Federal Defender

Dated:   March 12, 2015        /s/ T. Zindel_____
                                        TIMOTHY ZINDEL
                                        Assistant Federal Defender
                                        Attorney for HECTOR MENDOZA

                                        BENJAMIN WAGNER
                                        United States Attorney

Dated:   March 12, 2015        /s/  T. Zindel for J. Thomas _
                                        JILL THOMAS
                                        Assistant U.S. Attorney


**O R D E R**

     The status conference is continued to April 14, 2015, at 9:15 a.m.  The court finds that the ends of justice served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial for the reasons stated above.  Time is therefore excluded from the date of this order through April 14, 2015, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

     IT IS SO ORDERED.

Dated:   March 12, 2015        /s/ John A. Mendez_____
                                        HON. JOHN A. MENDEZ
                                        United States District Court Judge