McGREGOR W. SCOTT
United States Attorney
MATTHEW THUESEN
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2700

Attorneys for Plaintiff/Respondent
United States of America

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:15-CR-00017-JAM |
| Plaintiff/Respondent, | ORDER GRANTING GOVERNMENT'S MOTION FOR EXTENSION OF TIME |
| v. | |
| HECTOR MANUEL MENDOZA, | |
| Defendant/Movant. | |

On August 21, 2020, Respondent requested an extension of time until August 27, 2020, to file its response or opposition to Defendant Hector Manuel Mendoza's compassionate release motion.

IT IS HEREBY ORDERED, that Respondent's request until August 27, 2020, to file its response and /or opposition is granted.

Dated: August 21, 2020.

                                                     /s/ John A. Mendez
                                        HON. JOHN A. MENDEZ
                                        UNITED STATES DISTRICT COURT JUDGE